Submitted January 30, affirmed July 15, 2009

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## EDWARD OWEN CROXEN,
*Defendant-Appellant.*

Umatilla County Circuit Court
CRH060425; A135394

215 P3d 873

Peter Gartlan, Chief Defender, and Rebecca A. Duncan, Chief Deputy Public Defender, Legal Services Division, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Tiffany Keast, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Carson, Senior Judge.

PER CURIAM

Affirmed. *State v. Kelly*, 227 Or App 553, 206 P3d 1098, *adh'd to as modified on recons*, 229 Or App 461, 211 P3d 932 (2009); *State v. Arthur*, 158 Or App 623, 976 P2d 1146, *rev den*, 328 Or 666 (1999).